

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-13-01039-CR, 01-13-01040-CR, 01-13-01041-CR

Trial Court Cause
Number:           09CR3398, 09CR3399, 09CR3400

Style:            Chad Anthony Brown

                  **v** The State of Texas

Date motion filed[*]:     June 5, 2014

Type of motion:   Motion for Extension of Time to File Brief and Motion to Reset Submission Date

Party filing motion:    State

Document to be filed:

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

    Original due date:                        June 9, 2014

    Number of previous extensions granted:    1

    Date Requested:                           July 9, 2014

Ordered that motion is:

    ☐ Granted

        If document is to be filed, document due:

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☒ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

The State has requested a second extension of time to file its brief. This case is set for submission on June 18, 2014, and the State made its request after the Court issued its submission notice in this case. The request for a further extension of time is DENIED. The State's brief is due on June 9, 2014, and the case will be submitted on June 18, 2014.

Judge's signature: /s/ Jane Bland
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of    Jennings, Bland, and Massengale

Date: June 5, 2014